# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 266N-NH-44383 | 03/20/10 0603 hrs | residence |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/25/10

*Executing officer's signature*

Christopher Zullo, FBI-JTTF
*Printed name and title*